```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HUGO MATEO and OSFIA VILLELLA CLAUSSEN,  :
individually and on behalf of others     :
similarly situated,                      :
                            Plaintiff,   :    10 Civ. 2465 (DLC)
                                         :
             -v-                         :
                                         :    ORDER
GREENWICH VILLAGE ENTERTAINMENT GROUP    :
LLC and STEVEN BENSUSAN,                 :
                            Defendants.  :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court has been advised that the parties in this FLSA action have reached a settlement. The FLSA requires that employers who violate the requirement that overtime wages be paid, pay not only the unpaid overtime compensation but also an additional equal amount as liquidated damages. In the event the settlement is for less than this amount, the settlement must be scrutinized by the Court to ensure that it is fair. Elliott v. Allstate Investigations, Inc., No. 07 Civ. 6078 (DLC), 2008 WL 728648 (S.D.N.Y. Mar. 19, 2008). Accordingly, it is hereby

ORDERED that the parties shall submit letters by **January 28, 2010** addressing the issues described in Elliott and explaining why this settlement should be approved.

SO ORDERED:

Dated:   New York, New York
         January 18, 2011

                                      _____
                                              DENISE COTE
                                      United States District Judge